LILLIAN CLAWANS, EXECUTRIX, ETC., PLAINTIFF-PETITIONER, v. JOSEPH E. COHN, DEFENDANT-RESPONDENT.

*Mr. Robert C. Gruhin* and *Miss Lillian Clawans* for the petitioner.

*Messrs. Kristeller, Zucker, Lowenstein & Cohen* for the respondent.

April 27, 1959.   Denied.

WALTER GRAHAM, PETITIONER-PETITIONER, v. MAX GREEN, RESPONDENT-RESPONDENT.

See same case below:   54 *N. J. Super.* 397.

*Mr. Harry Cohn* for the petitioner.

*Mr. Isidor Kalisch* for the respondent.

April 27, 1959.   Granted.